JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIEDA LISA MARIE KOONS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: EDCV 19-1656-KS<br><br>ORDER AND JUDGMENT OF DISMISSAL |

Pursuant to the parties' Stipulation for Dismissal that was filed on March 26, 2020, IT IS HEREBY ORDERED AND ADJUDGED that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: March 27, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE